IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRENCHMAN VALLEY PRODUCE, INC., a Nebraska Corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>INDIANA INSURANCE COMPANY, Member of Liberty Mutual Group; LIBERTY MUTUAL COMMERCIAL INSURANCE, THE PINNACLE AGENCY, LLC,<br><br>    Defendants. | **8:14CV29**<br><br><br>**ORDER** |

  This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 14).

  IT IS ORDERED that a scheduling conference with the undersigned will be held on:

    **Thursday, April 17, 2014, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

  Dated this 18th day of March, 2014.

            BY THE COURT:

            /s/ Lyle E. Strom
            LYLE E. STROM, Senior Judge
            United States District Court