IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
FRENCHMAN VALLEY PRODUCE,    )
INC., a Nebraska corporation,)
                             )
          Plaintiff,         )      8:14CV29
                             )
     v.                      )
                             )
INDIANA INSURANCE COMPANY,   )      ORDER
MEMBER OF LIBERTY MUTUAL     )
GROUP, and LIBERTY MUTUAL    )
COMMERCIAL INSURANCE, and THE)
PINNACLE AGENCY LLC,         )
                             )
          Defendants.        )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 21) filed by Mark D. Hill and the law firm Husch, Blackwell, LLP.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Mark D. Hill and the law firm Husch, Blackwell, LLP, are deemed withdrawn as counsel of record for defendants.  The clerk shall remove the names from CM/ECF so they do not receive notice of future filings.

DATED this 20th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court