IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRENCHMAN VALLEY PRODUCE, INC., a Nebraska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>INDIANA INSURANCE COMPANY, MEMBER OF LIBERTY MUTUAL GROUP, and<br><br>LIBERTY MUTUAL COMMERCIAL INSURANCE<br><br>        Defendants. | Case No. 8:14-CV-00029<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties agree to dismiss this action with prejudice. The parties will bear their own costs, disbursements and attorneys' fees.

Dated this 21st day of November 2014.

        FRENCHMAN VALLEY PRODUCE, INC., Plaintiff

By:   /s Brian T. McKernan
       BRIAN T. MCKERNAN, #22174
       McGrath North Mullin & Kratz, PC LLO
       1601 Dodge Street, Ste. 3700
       Omaha, NE 68102
       (402) 341-3070
       (402) 341-0216 Fax
       bmckernan@mcgrathnorth.com
       Attorneys for Plaintiff

Dated this 21st day of November 2014

                INDIANA INSURANCE COMPANY, Defendant

                By:       s/ Bruce A. Moothart
                    BRUCE A. MOOTHART, Mo Bar #45517 (pro hac vice admitted)
                    Seyferth Blumenthal & Harris LLC
                    4801 Main St., Ste. 310
                    Kansas City, MO 64112
                    (816) 756-0700
                    (816) 756-3700 fax
                    Bruce@sbhlaw.com
                    *Attorneys for Defendant*
                    *Indiana Insurance company*