IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
FRENCHMAN VALLEY PRODUCE,    )
INC., a Nebraska corporation,)
                             )
          Plaintiff,         )           8:14CV29
                             )
     v.                      )
                             )
INDIANA INSURANCE COMPANY,   )           ORDER
MEMBER OF LIBERTY MUTUAL     )
GROUP, and LIBERTY MUTUAL    )
COMMERCIAL INSURANCE,        )
                             )
          Defendants.        )
_____)
```

This matter is before the Court on the stipulation to dismiss with prejudice (Filing No. 32). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. This action is dismissed with prejudice, each party to bear their own costs, disbursements and attorney fees.

DATED this 24th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court